JUDSON H. PAIGE, Respondent, v. OSCAR PALMLEAF, " ALEXANDER " MAYER, First Name Fictitious, True First Name Being Unknown, and PALMAY, INC., a Domestic Corporation, Appellants.— Order denying motion to bring in a third party defendant reversed upon the law, with ten dollars costs and disbursements,

and motion granted, with ten dollars costs. The facts in the case present a situation within the provisions of section 193, subdivision 2, of the Civil Practice Act. The order will provide for the service of a supplemental summons and a pleading upon the defendant to be brought in. Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ., concur. Settle order on notice.